# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00093-CV

**Sohan Kumar Singh, Appellant**

**v.**

**USA Federal Credit Union, Appellee**

## FROM THE COUNTY COURT OF AT LAW NO. 1 OF TRAVIS COUNTY
## NO. 287617, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Sohan Kumar Singh has failed to prosecute this appeal. Both the trial court clerk and the reporter have informed this Court that he failed to pay or make arrangements to pay for their respective records. By letter dated March 29, 2006, this Court requested that Singh submit a status report regarding this appeal by April 10, 2006. The letter warned that failure to file the report would result in dismissal of this appeal for want of prosecution. Singh has neither resolved the payment issue with the records nor filed a status report. We dismiss this appeal for want of prosecution. Tex. R. App. P. 37.3(b), 42.3.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Prosecution

Filed: May 17, 2006